

FILED by SW D.C.
ELECTRONIC

Aug 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 04--61321-Civ-Cooke/Brown

KING OF FANS, INC.,
a Florida corporation,

    Plaintiff,
v.

LITEX INDUSTRIES, INC.,
a Texas corporation,

    Defendant.
_____/

### NOTICE OF SERVING EXPERT REPORT OF PETER GAMPEL
### AND
### MOTION FOR LEAVE TO SUPPLEMENT UPON RECEIPT OF FINANCIAL INFORMATION FROM DEFENDANT

Plaintiff, King of Fans, Inc., hereby notices the serving of its Expert Report of Peter Gampel which is the same report as rendered in the companion case of *King of Fans, Inc. v. Litex Industries, Inc.*, (Case 03-61637-CIV-Cooke/Brown), but is not attached hereto since it incorporates the confidential documents of Plaintiff and Defendant, designated as "attorney eyes only" subject to the Protective Order.

King of Fans moves for leave to supplement the Expert Report within thirty (30) days following receipt of previously-requested financial information from Defendant. The methodology of computing damages set forth in Mr. Gampel's report will remain the same, but will be applied to the more-updated financial

- 1 -

information as it is received from Defendant.

Respectfully submitted,

_____
Stefan Stein
Florida Bar Number 300527
HOLLAND & KNIGHT LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33601-3688
Tel: 813-227-8500
Fax: 813-229-0134

and

Michael J. Buchenhorner
Florida Bar Number 340510
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Tel: (305) 789-7773
Fax: (305) 789-7799

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via email and U.S. First Class Mail, postage prepaid, to: Jennifer Cohen-Glasser, Akerman Senterfitt, One S.E. Third Avenue, 28th Floor, Miami, FL 33131-1704, Joseph W. Bain, Akerman Senterfitt, Esperante Building, 222 Lakeview Avenue, Suite 400, West Palm Beach, FL 33401-6183 and Thomas H. Watkins and Albert A. Carrion at: Brown McCarroll, L.L.P., 111 Congress Avenue, Suite 1400, Austin, Texas 78701 on this the 1st day of August, 2005.

_____
Stefan V. Stein

cc: King of Fans, Inc.
# 3103785_v1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-3-61321-CIV-COOKE/BROWN

KING OF FANS, INC.,
A Florida corporation,

    Plaintiff,

v.

LITEX INDUSTRIES, INC.,
A Texas corporation,

Defendant.
_____/

## [PROPOSED] ORDER

THIS CAUSE came before the Court upon Plaintiff, King of Fans, Inc.'s Motion for Leave to Supplement Expert Report of Peter Gampel Upon Receipt of Financial Information From Defendant and the Court having found that there is good cause, it is hereby,

ORDERED AND ADJUDGED that the Motion for Leave to Supplement Expert Report of Peter Gampel Upon Receipt of Financial Information From Defendant is GRANTED.

DONE AND ORDERED in Chambers in Miami, Florida, this ___ day of August, 2005.

_____
United States Magistrate Judge Brown

# 3103803_v1